UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al.*,

                Plaintiffs,

v.

UNITED STATES DEPARTMENT
OF DEFENSE,

                Defendant.

No. 07-cv-1557 (ESH)

**NOTICE OF FILING PROOF OF SERVICE**

Please take notice that plaintiffs are filing herewith the declaration of Ethan Kolodny attesting to service of the summons and complaint in this case upon the United States Attorney for the District of Columbia.

                Respectfully submitted,

                /s/ *Arthur B. Spitzer*

                _____
                Arthur B. Spitzer, D.C. Bar No. 235960
                American Civil Liberties Union
                 of the National Capital Area
                1400  20th Street, N.W. #119
                Washington, D.C. 20036\
                (202) 457-0800

                Counsel for plaintiff

September 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | No. 07-cv-1557 (ESH) |

## DECLARATION OF SERVICE OF PROCESS ON THE UNITED STATES ATTORNEY

I, Ethan Kolodny, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I served the United States Attorney for the District of Columbia in the above-captioned action by hand-delivering a copy of the Summons and Complaint to his agent, Mr. Gary Nails, Docket Clerk, at 501 3rd Street, N.W., Washington, D.C., on September 5, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of September, 2007.

*Ethan Kolodny*
Ethan Kolodny