UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>      Plaintiffs, <br><br> v. <br><br>UNITED STATES DEPARTMENT OF DEFENSE, <br><br>      Defendant. | No. 07-cv-1557 (ESH) |

**DECLARATION OF SERVICE OF PROCESS
ON THE UNITED STATES DEPARTMENT OF DEFENSE**

 I, Arthur B. Spitzer, hereby depose and state:

 1.  I am over 18 years of age and am not a party to the above captioned action.

 2.  I made service of process upon defendant United States Department of Defense in the above-captioned action by mailing a copy of the summons and complaint to it by certified mail, No. 7099-3400-0007-4971-3445, on September 6, 2007.  The mail was received at the Department of Justice on September 12, 2007, as attested by the attached U.S. Postal Service return receipt.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed this 18th day of September, 2007.

              /s/ *Arthur B. Spitzer*

              _____
              Arthur B. Spitzer

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Amanda Vrtis*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Amanda Vrtis<br>C. Date of Delivery: 9/12/07 |
| 1. Article Addressed to:<br><br>U.S. Department of Defense<br>1600 Defense Pentagon<br>Washington DC 10301 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7099-3400-0007-4971-3445 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540