UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al*.,

                    Plaintiffs,

        v.                                          No. 07-cv-1557 (ESH)

UNITED STATES DEPARTMENT
OF DEFENSE,

                    Defendant.

### DECLARATION OF SERVICE OF PROCESS ON THE
### ACTING ATTORNEY GENERAL OF THE UNITED STATES

I, Arthur B. Spitzer, hereby depose and state:

1.  I am over 18 years of age and am not a party to the above captioned action.

2.  I made service of process upon the Acting Attorney General of the United
States in the above-captioned action by mailing a copy of the summons and complaint to
him by certified mail, No. 7099-3400-0007-4971-3438, on September 6, 2007.  The mail
was received at the Department of Justice on September 11, 2007, as attested by the
attached U.S. Postal Service return receipt.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of September, 2007.

                                        /s/ *Arthur B. Spitzer*

                                        _____

                                        Arthur B. Spitzer

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Daniel O._   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>SEP 1 1 2007 |
| 1. Article Addressed to:<br><br>Hon. Paul Clement<br>Acting Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   7099-3400-0007-4971-3438 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540