UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　　　　　　Defendant. | No. 07-cv-1557 (ESH) |

**MOTION FOR ADMISSION, *PRO HAC VICE,* OF
JAMEEL JAFFER AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Jameel Jaffer, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the New York Bar, as additional counsel for plaintiffs in this case. Mr. Jaffer's declaration and a proposed order are filed herewith.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　/s/ *Arthur B. Spitzer*

　　　　　　　　　_____
　　　　　　　　　Arthur B. Spitzer (D.C. Bar No. 235960)
　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　of the National Capital Area
　　　　　　　　　1400 20th Street, N.W. , Suite 119
　　　　　　　　　Washington, DC 20036
　　　　　　　　　Tel. (202) 457-0800
　　　　　　　　　Fax (202) 452-1868

September 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                      Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>                      Defendant. | No. 07-cv-1557 (ESH) |

**DECLARATION OF JAMEEL JAFFER**

Pursuant to Local Rule 83.2(d), I, Jameel Jaffer, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1. My full name is Jameel Jaffer.

2. I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7814. My office fax number is 212-549-2651.

3. I was admitted by examination to the State Bar of New York in July 2000 and remain a member in good standing. I am a member in good standing of the bars of the United States Supreme Court, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States District Court for the Eastern District of Michigan, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

4. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted *pro hac vice* in this Court once within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 18th day of September, 2007.

/s/ *Jameel Jaffer*
_____
**JAMEEL JAFFER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>       Defendant. | No. 07-cv-1557 (ESH) |

**ORDER**

Upon consideration of the motion for admission, *pro hac vice*, of Jameel Jaffer, it is hereby

ORDERED that the motion is granted.


September \_\_\_\_\_, 2007


                 _____
                 Ellen Segal Huvelle
                 United States District Judge