UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES
UNION, *et al.,*

                        Plaintiffs,

      v.                               No. 07-cv-1557 (ESH)

UNITED STATES DEPARTMENT
OF DEFENSE,

                         Defendant.

---

## MOTION FOR ADMISSION, *PRO HAC VICE,* OF
## BEN WIZNER AS ADDITIONAL COUNSEL FOR PLAINTIFFS

       Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Ben Wizner, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the California Bar, as additional counsel for plaintiffs in this case.  Mr. Wizner's declaration and a proposed order are filed herewith.

                         Respectfully submitted,

                         /s/ *Arthur B. Spitzer*

                         _____
                         Arthur B. Spitzer (D.C. Bar No. 235960)
                         American Civil Liberties Union
                           of the National Capital Area
                         1400 20th Street, N.W. , Suite 119
                         Washington, DC 20036
                         Tel. (202) 457-0800
                         Fax (202) 452-1868

September 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al.*,

                 Plaintiffs,

      v.

UNITED STATES DEPARTMENT
OF DEFENSE,

                 Defendant.

No. 07-cv-1557 (ESH)

**DECLARATION OF BEN WIZNER**

Pursuant to Local Rule 83.2(d), I, Ben Wizner, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.      My full name is Benjamin Wizner.

2.      I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-519-7860. My office fax number is 212-549-2651.

3.      I was admitted by examination to the State Bar of California in November 2001 and remain a member in good standing. I am a member in good standing of the bars of the United States Supreme Court, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Central District of California, United States District Court for the Southern District of California, and United States District Court for the Northern District of California.

4.      I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 18th day of September, 2007.

/s/ *Ben Wizner*

_____

**BEN WIZNER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AMERICAN CIVIL LIBERTIES
UNION, *et al*.,

                    Plaintiffs,

     v.                                 No. 07-cv-1557 (ESH)

UNITED STATES DEPARTMENT
OF DEFENSE,

                    Defendant.

---

**ORDER**

     Upon consideration of the motion for admission, *pro hac vice*, of Ben Wizner, it

is hereby

     ORDERED that the motion is granted.


September _____, 2007


_____
Ellen Segal Huvelle
United States District Judge