UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES
UNION, *et al.*,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT
OF DEFENSE,

                Defendant.

No. 07-cv-1557 (ESH)

**MOTION FOR ADMISSION, *PRO HAC VICE,* OF
NASRINA BARGZIE AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

    Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Nasrina Bargzie, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a a member of the California Bar, as additional counsel for plaintiffs in this case. Ms. Bargzie's declaration and a proposed order are filed herewith.

                            Respectfully submitted,

                            /s/ *Arthur B. Spitzer*
                            _____
                            Arthur B. Spitzer (D.C. Bar No. 235960)
                            American Civil Liberties Union
                              of the National Capital Area
                            1400 20th Street, N.W. , Suite 119
                            Washington, DC 20036
                            Tel. (202) 457-0800
                            Fax (202) 452-1868

September 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>                              Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>                              Defendant. | No. 07-cv-1557 (ESH) |

**DECLARATION OF NASRINA BARGZIE**

Pursuant to Local Rule 83.2(d), I, Nasrina Bargzie, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1.   My full name is Nasrina Bargzie.

2.   I am an Attorney at the American Civil Liberties Union Foundation.  My office is located at 125 Broad Street, 17th floor, New York, NY 10004.  My office telephone number is 212-549-2517.  My office fax number is 212-549-2651.

3.   I was admitted by examination to the State Bar of California in December 2005 and remain a member in good standing.

4.   I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.   I have been admitted *pro hac vice* in this Court once within the last two years.

      6.      I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 18th day of September, 2007.

                                            /s/ *Nasrina Bargzie*
                                            _____
                                            NASRINA BARGZIE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendant. | No. 07-cv-1557 (ESH) |

**ORDER**

Upon consideration of the motion for admission, *pro hac vice*, of Nasrina Bargzie, it is hereby

ORDERED that the motion is granted.

September _____, 2007

_____
Ellen Segal Huvelle
United States District Judge