# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br>The Pentagon<br>Washington, D.C. 20301<br><br>    Defendant. | Civil Action No. 1:07-CV-1557 (ESH)<br>Judge Ellen S. Huvelle |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

     PLEASE TAKE NOTICE that SCOTT A. RISNER, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for Defendant. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

                                           Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           JOSEPH H. HUNT
                                           Director, Federal Programs Branch

                                           JOHN R. TYLER
                                           Senior Trial Counsel, Federal Programs Branch

          */s/ Scott A. Risner*
SCOTT A. RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF FAMILIARITY

  Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated:  10/05/2007        */s/ Scott A. Risner*
                 SCOTT A. RISNER

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

 /s/ Scott A. Risner
SCOTT A. RISNER
