IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>Defendant. | Civil Action No. 1:07-CV-1557 (ESH)<br>Judge Ellen S. Huvelle |

**CONSENT MOTION TO ENLARGE TIME TO FILE PROPOSED PRODUCTION SCHEDULE**

Defendant, by and through its undersigned counsel, moves the Court to amend the order entered October 11, 2007, to allow the parties additional time to discuss a possible production schedule in this cause. As grounds for this motion, Defendant states the following:

1. This is an action in which Plaintiffs seek access, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to certain documents maintained by Defendant.

2. Plaintiffs filed their Complaint on September 4, 2007. Defendant timely answered the Complaint on October 5, 2007.

3. On October 10, 2007, the parties informed the Court of their intention to submit a proposed schedule for Defendant's production of records in response to Plaintiffs' FOIA requests. The Court subsequently ordered the parties to file such a schedule by October 24, 2007.

4. Since that date, the parties have been in regular communication in an effort to reach an agreement regarding the production of records. The parties have succeeded in

narrowing the issues for litigation – for example, in negotiating the terms of the request that has been referred to United States Central Command. In light of that agreement, and because of the scope of Plaintiffs' request, Defendant needs additional time to prepare an estimate of the amount of time and fees that would be required to complete the processing of responsive records under the terms of the new request. Additionally, while Defendant will provide Plaintiffs with a fee estimate, the parties have been unable to resolve their disagreement over Plaintiffs' entitlement to a waiver of fees. For these reasons, the parties are not presently able to submit an agreed production schedule.

     5.     The parties believe that additional time may allow them to resolve some, if not all, of the issues in this case without further litigation.

     6.     Defendant respectfully requests that the Court amend the order entered October 11, 2007, to allow the parties additional time for further discussions. The parties suggest that the Court require them to file a status report on November 16, 2007, proposing an agreed production schedule or, if necessary, a briefing schedule.

     7.     Counsel for Plaintiffs consent to the granting of this motion.

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General, Civil Division

                        JEFFREY A. TAYLOR
                        United States Attorney

                        JOSEPH H. HUNT
                        Director, Federal Programs Branch

                        JOHN R. TYLER
                        Senior Trial Counsel, Federal Programs Branch

          */s/ Scott Risner*
SCOTT RISNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Dated:  October 24, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF DEFENSE, )<br><br>Defendant. ) | Civil Action No. 1:07-CV-1557 (ESH)<br>Judge Ellen S. Huvelle |

**ORDER AMENDING MINUTE ORDER ENTERED OCTOBER 11, 2007**

Upon consideration of Defendant's Consent Motion to Enlarge Time to File Proposed Production Schedule, it is hereby

ORDERED that Defendant's Consent Motion to Enlarge Time to File Proposed Production Schedule is granted; and further

ORDERED that the Court's order of October 11, 2007, is hereby amended; and further

ORDERED that the parties file a status report on or before November 16, 2007, including a proposal for either a production schedule or a briefing schedule.

SO ORDERED.

ELLEN SEGAL HUVELLE
United States District Judge

[Service list on following page]

Serve:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th St., N.W.
Suite 119
Washington, DC 20036
Artspitzer@aol.com

Benjamin E. Wizner
American Civil Liberties Union
125 Broad Street
17th Floor
New York, NY 10004

Jameel Jaffer
American Civil Liberties Union
125 Broad Street
17th Floor
New York, NY 10004
jjaffer@aclu.org

Nasrina Bargzie
American Civil Liberties Union
125 Broad Street
17th Floor
New York, NY 10004
Nbargzie@aclu.org

Scott Risner
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
scott.risner@usdoj.gov