IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　　　　　Defendant. | Civil Action No. 1:07-CV-1557 (ESH)<br>Judge Ellen S. Huvelle |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of October 24, 2007, the parties have conferred concerning the status of this action and hereby propose that the Court enter a briefing schedule for motions for partial summary judgment. In support of that proposal, the parties state the following:

1. Since the Court's Order, the parties have been in regular communication in an attempt to reach an agreement regarding the production of records responsive to Plaintiffs' FOIA requests. Nonetheless, the parties have not yet been able to resolve all of the issues in this case.

2. In an effort to resolve the remaining issues as expeditiously as possible, the parties propose that the Court set a briefing schedule for motions for partial summary judgment with respect to the issues of Plaintiffs' entitlement to a waiver of fees and expedited processing of the FOIA requests.

3. Given the parties' expectation that further discussions may allow them to resolve some, if not all, of the issues in this litigation without expending the resources of the Court, the parties intend to continue their negotiations with the entry of a briefing schedule. In the event the

parties are able to resolve or further limit the issues before the Court, the parties will promptly inform the Court and propose any appropriate modifications to the schedule.

4.  The parties propose the following schedule:

Plaintiffs' motion for partial summary judgment . . . . . . . . . January 25, 2008

Defendant's opposition and cross-motion . . . . . . . . . . . . . March 7, 2008

Plaintiffs' reply and opposition . . . . . . . . . . . . . . . . . . . . . March 28, 2008

Defendants' reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 18, 2008

                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

JOHN R. TYLER
Senior Trial Counsel, Federal Programs Branch

_____
SCOTT RISNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

*Counsel for defendants*

*/s/ Nasrina Bargzie*
NASRINA BARGZIE
BEN WIZNER
JAMEEL JAFFER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2517
Fax: (212) 549-2651
nbargzie@aclu.org

ARTHUR B. SPITZER
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel: (202) 457-0800
Fax: (202) 452-1868

*Counsel for plaintiffs*

Dated: November 16, 2007.