IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF DEFENSE, ) ) Defendant. ) ) | Civil Action No. 1:07-CV-1557 (ESH) Judge Ellen S. Huvelle |

## JOINT NOTICE OF PROPOSED PRODUCTION SCHEDULE

The parties hereby submit this notice to inform the Court of the status of Plaintiffs' June 22, 2006, Freedom of Information Act requests and to propose an agreed schedule for the dates on which Defendant will complete its response to Plaintiffs' requests.

1.      This is an action in which Plaintiffs seek access, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to certain documents created and controlled by Defendant.

2.      On June 22, 2006, Plaintiffs submitted identical FOIA requests to the Department of Defense FOIA Office, the Chief of Naval Operations, the Commandant of the Marine Corps, and the U.S. Army Freedom of Information and Privacy Office.  In their requests, Plaintiffs requested "all records relating to the killing of civilians by U.S. forces in Iraq and Afghanistan since January 1, 2005."  Plaintiffs also asked that their requests be granted expedited processing and a waiver of fees.

3.      The requests submitted to the Department of Defense FOIA Office and the

Commandant of the Marine Corps were subsequently referred to United States Central Command.

4.      Plaintiffs filed their Complaint in this action on September 4, 2007, and Defendant timely answered the Complaint on October 5, 2007. Since that date, the parties have been in regular communication in an effort to reach an agreement regarding the production of records. The parties have succeeded in significantly narrowing the issues for litigation.

5.      The parties agree that the requests referred to Central Command will be limited to records within the possession and control of U.S. armed forces' legal units in Iraq, Afghanistan, and the United States.

6.      Without comment on the merits of whether Plaintiffs' requests warrant a waiver of fees, Defendant will process each of the requests without cost to Plaintiffs.

7.      The parties have also agreed on a schedule for the production of records under Plaintiffs' requests, and propose that the Court enter an order adopting the following:

      a.      Defendant will complete its processing of the requests submitted to the Department of the Army and the Chief of Naval Operations and release all responsive non-privileged and non-exempt records within its possession and control within 90 days of the date of the Court's order.

      b.      Defendant will complete its processing of the requests referred to Central Command, as modified by the terms of paragraph 5, and release the responsive non-privileged and non-exempt records within its possession and control according to the following schedule:

      i.      Records related to cases in which punitive action under the Uniform Code of Military Justice was contemplated or pursued (e.g., records of courts-martial,

non-judicial punishment, and/or referral to criminal investigators) will be processed and released within 9 months of the date of the Court's order.

        ii.    Records related to claims and payments made involving funds drawn from the Commanders Emergency Response Program ("CERP") and pursuant to the Foreign Claims Act ("FCA") will be processed and released within 18 months of the date of the Court's order.

        iii.    All other records not included in the categories identified above will be processed and released within 24 months of the date of the Court's order.

        c.    Within fourteen days of each deadline, Defendant will provide Plaintiffs with written certification that it has completed the required production, or a notification of its failure to comply. While this schedule represents Defendant's good faith estimate of its ability to process Plaintiffs' request, Defendant will seek to modify the schedule by stipulation or Court order in the event that ongoing military operations, the availability of necessary personnel, or other circumstances preclude Defendant from fulfilling the terms of the schedule.

        8.    While the Army and the Navy have already made substantial progress on Plaintiffs' requests, Central Command will commence its search for responsive records immediately following the Court's entry of an order. For purposes of the Central Command requests, Defendant will search for and process documents created on or before the date of the Court's order.

        9.    Upon the completion of Defendant's processing of Plaintiffs' requests, the parties will promptly apprise the Court of the status of this case. The parties ask that the Court retain jurisdiction over this suit to ensure compliance with the attached proposed order and resolve

disputes arising from Defendant's invocation of any applicable exemptions. The parties agree to undertake their best efforts to resolve any issues regarding the withholding of documents by Defendant. If a dispute remains as to any withholding, the parties will inform the Court and, at that time, will propose a schedule for the briefing of the dispute. If the parties are able to resolve any and all issues regarding withholdings, the parties will jointly inform the Court that dismissal of this case is appropriate.

10.    In light of this agreement, the parties request that the Court vacate the briefing schedule entered on November 19, 2007.

Respectfully submitted,

FOR THE PLAINTIFFS

*Nasrina Bargzie*

NASRINA BARGZIE
BEN WIZNER
JAMEEL JAFFER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2517
Fax: (212) 549-2651
nbargzie@aclu.org

ARTHUR B. SPITZER
American Civil Liberties Union
of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036
Tel: (202) 457-0800
Fax: (202) 452-1868

FOR THE DEFENDANT

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs
Branch

SCOTT RISNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Dated: January 25, 2008.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-1557 (ESH) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) | Judge Ellen S. Huvelle |
| Defendant. | ) ) ) | |

### ORDER

Based on the parties' Joint Notice of Proposed Production Schedule, it is hereby

**ORDERED** that Defendant complete its processing of Plaintiffs' FOIA requests submitted to the Department of the Army and the Chief of Naval Operations within 90 days; and it is

**FURTHER ORDERED** that Defendant complete its processing of Plaintiffs' FOIA requests referred to Central Command within 9 months for records related to cases in which punitive action under the Uniform Code of Military Justice was contemplated or pursued; within 18 months for records related to claims and payments made involving funds drawn from the Commanders Emergency Response Program and pursuant to the Foreign Claims Act; and within 24 months for all other records; and it is

**FURTHER ORDERED** that Defendant provide Plaintiffs with written certification of its compliance with each deadline within 14 days; and it is

**FURTHER ORDERED** that the parties promptly file a status report upon the

completion of Defendant's processing of Plaintiffs' requests;

**FURTHER ORDERED** that the briefing schedule entered on November 19, 2007, is hereby vacated; and it is

**FURTHER ORDERED** that the Court will retain jurisdiction over this suit to ensure compliance with this order and resolve disputes arising from Defendant's invocation of any applicable exemptions.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated: _____.

- 2 -