UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1557 (ESH) |
| | ) |
| UNITED STATES DEPARTMENT OF DEFENSE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Based on the parties' Joint Notice of Proposed Production Schedule [Dkt. # 12] , it is

hereby

**ORDERED** that defendant complete its processing of plaintiffs' FOIA requests

submitted to the Department of the Army and the Chief of Naval Operations within 90 days; and

it is

**FURTHER ORDERED** that defendant complete its processing of plaintiffs' FOIA

requests referred to Central Command within 9 months for records related to cases in whch

punitive action under the Uniform Code of Military Justice was contemplated or pursued; within

18 months for records related to claims and payments made involving funds drawn from the

Commanders Emergency Response Program and pursuant to the Foreign Claims Act; and within

24 months for all other records; and it is

**FURTHER ORDERED** that defendant provide plaintiffs with written certification of its

compliance with each deadline within 14 days; and it is

**FURTHER ORDERED** that the parties promptly file a status report upon the completion of defendant's processing of plaintiffs' requests; and it is

**FURTHER ORDERED** that the briefing schedule entered on November 19, 2007 is hereby vacated; and it is

**FURTHER ORDERED** that the Court will retain jurisdiction over this suit to ensure compliance with this order and resolve disputes arising from defendant's invocation of any applicable exemptions.


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date:   January 25, 2008